STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MARIA MARGARITA RIVERA COSME          Case No. 10-02417-BKT
                          Chapter 13   Attorney Name: JUAN O CALDERON LITHGOW*

| I. Appearances | | | Date: July 22, 2010 |
|---|---|---|---|
| Debtor | [✓] Present | [ ] Absent | Time: 1:50 pm   Track: 01 |
| Joint Debtor | [ ] Present | [ ] Absent | [✓] This is debtor(s) _1_ Bankruptcy filing. |
| Attorney for Debtor | [✓] Present | [ ] Absent | Liquidation Value: T.B.D. |
| [ ] Pro-se | | | Creditors |
| [ ] Substitute _____ | | | — none — |

II. Oath Administered
[✓] Yes       [ ] No

III. Documents Filed/Provided

[✓] Schedules                                   [ ] DSO Recipient's information  SC2781-
[✓] Statement of Financial Affairs (SOFA)       [✓] State Tax Returns 06-09 [✓] Returned  no taxable income
[✓] Statement of Current Monthly Income (SCMI)  [ ] Federal Tax Returns _____ [ ] Returned
[✓] Credit counseling briefing certificate (CCC) [ ] Evidence of income (60 days prior to petition)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

IV. Status of Meeting   [✓] Closed      [ ] Not Held      [ ] Continued _____ at _____

V. Trustee's Report on Confirmation
                    [ ] FAVORABLE
                    [✓] UNFAVORABLE

[ ] Feasibility                              [ ] No DSO certificate (Post-petition)
[✓] Insufficiently funded                    [✓] Evidence of income  February + March, 2010 +
[ ] Unfair discrimination                        [ ] Missing   [✓] Incomplete  Plan Benefits
[ ] Fails liquidation value test             [ ] Stmt. of Current Monthly Income
[ ] Fails disposable income test (I & J)         [ ] Incomplete   [ ] Missing
[ ] No provision for secured creditor(s)         [ ] Fails commitment period  [ ] Fails Disp. Income
                                             [ ] Certificate of Credit briefing
                                                 [ ] Missing  [ ] More than 180 days
[ ] Treat value of collateral separately         [ ] Issuer not certified by U.S.T.
[ ] No provision for insurance               [ ] Incomplete schedules
[ ] Tax returns missing                      [ ] Incomplete S.O.F.A.
   [ ] State - years _____                  [ ] Other:
   [ ] Federal - years _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MARIA MARGARITA RIVERA COSME  Case No. 10-02417-BKT

Chapter 13   Attorney Name: JUAN O CALDERON LITHGOW*

### VI. Plan (Cont.)
Date: **March, 29, 2010**   Base $ **12,000.00**   [X] Filed   Evidence of Pmt shown: _____
Payments _3_ made out of _3_ due.   [ ] Not Filed

### VII. Confirmation Hearing Date: June, 4, 2010

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 200.00  = $ 2,800.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[✗] Insurance estimate _BPPR_
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor   [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

### COMMENTS

(1) Include inheritance participation @ Baldrity, Morris, 3 bedrooms, 1 bathroom, cement + wood property, provide value, 3 heirs plus mother's alive.
(2) Eliminate tax provision from plan- now received.

Trustee/Presiding Officer                                  Date: July 22, 2010
                                                                (Rev.