IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA MARGARITA RIVERA COSME

DEBTOR(S)

CASE 10-02417-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **April 28, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 3502.00

3. With respect to the attached payment plan:

PLAN DATE: March 29, 2010  PLAN BASE: $12,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/13/2010

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   2 months in arrears

2. [X] INSUFFICIENTLY FUNDED § 1325(b) :
   to pay secured creditors. Debtor alleged that she will file an adversary proceeding

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   fails liquidation value

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Pending: 1)evidence PAN benefits and paystubs February and March, 2010; 2)amend plan, eliminate tax refund provision

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$200.00/$2,800.00

Atty: JUAN O CALDERON

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062